**Abatement Order filed December 10, 2020.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00739-CV

_____

**IN RE WARRIOR ENERGY SERVICES CORP., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-35023**

---

## ABATEMENT ORDER

Notice was filed December 7, 2020 that relator, Warrior Energy Services Corp., is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on December 7, 2020, relator petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas under case number 20-35816. A bankruptcy suspends the mandamus proceeding from the date when the

bankruptcy petition is filed until the appellate court reinstates the mandamus proceeding in accordance with federal law. Tex. R. App. P. 8.2. The mandamus proceeding is ABATED.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the mandamus proceeding if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the mandamus proceeding is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, this mandamus proceeding is abated and treated as a closed case until further order of this court.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.